UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:03-1177 |
| | ) | JUDGE CAMPBELL |
| ROBERT LASSETER, individually and | ) | |
| doing business as CompuChild, USA, Inc. | ) | |

ORDER

Pending before the Court is the United States' Motion For Summary Judgment (Docket No. 33), as well as a proposed Final Judgment And Order For Civil Penalties, Injunction, And Other Equitable Relief, which is attached to the Motion. The Defendant, appearing pro se, has filed a Response to the Motion (Docket No. 40).

For the reasons set forth in the accompanying Memorandum, the Motion is GRANTED. The Government is directed to submit a proposed final judgment, on or before July 15, 2005, reflecting the conclusions reached in this Order and accompanying Memorandum.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE